John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x   21 MC 102(AKH)

IN RE: WORLD TRADE CENTER LOWER         :
MANHATTAN DISASTER SITE LITIGATION

----------------------------------------------------------------- x   Civil Action No.: 07CV1547

KRZYSZTOF WALEK,                                         :

                                  Plaintiff(s),          :          **NOTICE OF BATTERY PARK
                                                                      CITY AUTHORITY's
          -against-                                      :          ADOPTION OF ANSWER TO
                                                                    MASTER COMPLAINT**
ALAN KUSMAN D/B/A KASCO ET AL.,                          :

                                  Defendant(s).          :

                                                         :

----------------------------------------------------------------- x

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan

Disaster site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 26, 2007

1701011.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
      & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00349

By:          
              John M. Flannery (JMF-0229)

1701011.1