x:\ATS 52115\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
KRZYASZTOF, WALEK

                                                         Civil Action No.: 07 CV 1547

                                                         **NOTICE OF ADOPTION**

                                            Plaintiff(s),
                - against -

ALAN KASMAN DBA KASCO, AMERICAN
EXPRESS BANK, LTD, AMERICAN EXPRESS
COMPANY, AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BFP TOWER C CO.
LLC., BFP TOWER C MM LLC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC.,
D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LEHMAN BROTHERS HOLDING INC., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL
PAPER, INC., MCCLIER CORPORATION,
MERRILL LYNCE & CO, INC., NOMURA
HLDING AMERICA, INC., NOMURA

SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP
INC., TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATION SERVICES,
INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP RETAIL CO. G.P. CORP.,
WFP RETAIL CO. L.P., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP., WFP TOWER A. CO.,
L.P., WFP TOWER B CO. G.P. CORP., WFP
WOTER B HLDING CO., LP, WFP TOWER B.
CO., L.P., WFP TOWER D CO. G.P. CORP., WFP
TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING
I G.P. CORP., AND WFP TOWER D. CO., L.P., ET
AL.

       Defendant(s).

------------------------------------------------------------------------X


COUNSELORS:

  PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

  WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
December 18, 2007

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600